| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | Debtor's name | **Classic Snacks, Inc.** |
| --- | --- | --- |

| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| --- | --- | --- |

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3992156** |
| --- | --- | --- |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- | --- | --- |
| | | **1050 Atlantic Dr.** **West Chicago, IL 60185** Number, Street, City, State & ZIP Code | **21680 Fall River Dr.** **Boca Raton, FL 33428** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DuPage** County | **Location of principal assets, if different from principal place of business** **c/o Wintrust SBA Lending** **Attn: Maria Colangelo** **Village Bank and Trust, 311 S. Arlington Heights Rd. Arlington Heights, IL 60005** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
| --- | --- | --- |

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Classic Snacks, Inc.**
_____     Case number (*if known*) _____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **4244**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Classic Snacks, Inc.**                                    Case number (*if known*) _____
      Name

---

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

                        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.    Insurance agency _____

               Contact name _____

               Phone _____

---

### ■   Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

    ☐ Funds will be available for distribution to unsecured creditors.

    ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

---

| 15. | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

---

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

---

| Debtor | **Classic Snacks, Inc.** | Case number (*if known*) | |
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2017**
MM / DD / YYYY

**X** **/s/ Richard Guiney**                                    **Richard Guiney**
Signature of authorized representative of debtor            Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Kent A. Gaertner**                        Date **January 20, 2017**
Signature of attorney for debtor                            MM / DD / YYYY

**Kent A. Gaertner**
Printed name

**Kent A. Gaertner P.C.**
Firm name

**300 S. County Farm Rd.**
**Suite I**
**Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone    **(630) 510-0000**        Email address    **kgaertner@springerbrown.com**

**3121489**
Bar number and State

| Fill in this information to identify your case: | |
|---|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature**
**of authorized**          The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**representative of debtor**
I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January ____, 2017
                MM / DD / YYYY

X _____          Richard Guiney
Signature of authorized representative of debtor    Printed name

Title    President

18. Signature of attorney    X _____          Date    January ____, 2017
                Signature of attorney for debtor                MM / DD / YYYY

Kent A. Gaertner
Printed name

Kent A. Gaertner P.C.
Firm name

300 S. County Farm Rd.
Suite I
Wheaton, IL 60187
Number, Street, City, State & ZIP Code

Contact phone    (630) 510-0000          Email address    kgaertner@springerbrown.com

3121489
Bar number and State

Fill in this information to identify the case:

Debtor name   **Classic Snacks, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ▨ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ▨ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ▨ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ▨ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ▨ *Schedule H: Codebtors* (Official Form 206H)
- ▨ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 16, 2017          X _____

Signature of individual signing on behalf of debtor

**Richard Guiney**
Printed name

**President**
Position or relationship to debtor

Debtor    Classic Snacks, Inc.                                    Case number (if known)

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 16, 2017

Signature of individual signing on behalf of the debtor          Richard Guiney
                                                                 Printed name

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

### United States Bankruptcy Court
#### Northern District of Illinois

In re   Classic Snacks, Inc. _____  Case No. _____

_____  Chapter   7   _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____  128

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   January 16, 2017 _____          _____
                                                  Richard Guiney/President
                                                  Signer/Title

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Classic Snacks, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Classic Snacks, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January *11* 2017

Date

Kent A. Gaertner 3121489

Signature of Attorney or Litigant

Counsel for    **Classic Snacks, Inc.**

**Kent A. Gaertner P.C.**
**300 S. County Farm Rd.**
**Suite I**
**Wheaton, IL 60187**
**(630) 510-0000 Fax:(630) 510-0004**
**kgaertner@springerbrown.com**

**Fill in this information to identify the case:**

Debtor name   **Classic Snacks, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.** Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 20, 2017**    *X* **/s/ Richard Guiney**
                                       Signature of individual signing on behalf of debtor

                                       **Richard Guiney**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Classic Snacks, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................    $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................    $    4,281.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................    $    4,281.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $    209,112.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    44,028.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    2,413,764.24

4.    **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b    $    2,666,904.24

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Classic Snacks, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11.    **Accounts receivable**

     11a. 90 days old or less:      **4,281.00**   -   **0.00**   = ....      **$4,281.00**
           face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$4,281.00**

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **Classic Snacks, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

�■ No.  Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 6:</td><td colspan="3"><b>Farming and fishing-related assets (other than titled motor vehicles and land)</b></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td colspan="3"><b>Office furniture, fixtures, and equipment; and collectibles</b></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 8:</td><td colspan="3"><b>Machinery, equipment, and vehicles</b></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**All machinary and equipment of Debtor were sold under the direction of Wintrust SBA Lending at Village Bank and Trust in November 2016.** | $0.00 | Liquidation | $0.00 |

**51.  Total of Part 8.**  
Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 9:</td><td><b>Real property</b></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Classic Snacks, Inc.**                                                    Case number *(If known)* _____
         Name

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Classic Snacks, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,281.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,281.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,281.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Classic Snacks, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **12Five Capital, LLC** | **Describe debtor's property that is subject to a lien** | $31,291.00 | $4,281.00 |
|---|---|---|---|---|

**2.1** **12Five Capital, LLC**
Creditor's Name

**150 S. Wacker Dr.**
**Suite 2400**
**Chicago, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**90 days or less: Accounts receivable were factored to 12five Capital LLC. who are pursuing collection**

**Describe the lien**
**Factor of Receivables**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$31,291.00**   Column B: **$4,281.00**

---

**2.2** **Village Bank and Trust**
Creditor's Name

**Loan Dept.**
**311 S. Arlington Heights Rd.**
**Arlington Heights, IL 60005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2013**
**Last 4 digits of account number**
**8085**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All Property of Debtor-  Subordinated on Receivables**

**Describe the lien**
**Blanket Lien- Business Loan or Line of Credit**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$177,821.00**   Column B: **Unknown**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor   **Classic Snacks, Inc.**
_____
Name

Case number (if know) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$209,112.00**

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **12Five Capital, LLC.**<br>**P.O. Box 962**<br>**South Bend, IN 46624** | Line _2.1_ | **Classic Snacks** |
| **Wintrust SBA Lending @ Village Bank**<br>**Attn:  Maria Colangelo, Vice Pres.**<br>**311 S. Arlington Heights Rd.**<br>**Arlington Heights, IL 60005** | Line _2.2_ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

| Fill in this information to identify the case: |
|---|
| Debtor name   **Classic Snacks, Inc.** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60602** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Payroll/Sales Tax** | | |
| | Last 4 digits of account number **2156**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn St.**<br>**Chicago, IL 60604** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$18,000.00** | **$18,000.00** |
| | Date or dates debt was incurred<br>**20216** | Basis for the claim:<br>**Unpaid Payroll taxes** | | |
| | Last 4 digits of account number **2156**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Classic Snacks, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,028.00 | $6,028.00 |
|---|---|---|---|---|

**Jennifer Guiney**
**21680 Falls River Dr.**
**Boca Raton, FL 33428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/31/16** | **Unpaid wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 | $20,000.00 |
|---|---|---|---|---|

**Rick Guiney**
**21680 Falls River Dr.**
**Boca Raton, FL 33428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/31/16** | **Unpaid wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,000.00 |
|---|---|---|---|

**1050 Atlantic, LLC**
**1050 Atlantic Drive**
**West Chicago, IL 60185**

Date(s) debt was incurred  **10/18/16**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $874.51 |
|---|---|---|---|

**A-1 Air Compressor Corp.**
**679 W. Wintrop Ave.**
**Addison, IL 60101**

Date(s) debt was incurred  **6/9/15**

Last 4 digits of account number  **3491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,161.24 |
|---|---|---|---|

**Access One Inc.**
**820 W. Jackson St.**
**Chicago, IL 60607**

Date(s) debt was incurred  **9/1/16 - 10/1/16**

Last 4 digits of account number  **3935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Classic Snacks, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $512.87 |
|---|---|---|---|

**3.4** Nonpriority creditor's name and mailing address
**Alarm Detection Systems, Inc.**
**1111 Church Road**
**Aurora, IL 60505**

Date(s) debt was incurred  **4/3/16 - 10/9/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☐ No ☐ Yes

**$512.87**

---

**3.5** Nonpriority creditor's name and mailing address
**Albanese Confections, Inc.**
**5441 E. Lincoln Hwy**
**Merrillville, IN 46410**

Date(s) debt was incurred  **10/27/15 to 12/9/15**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

**$10,341.24**

---

**3.6** Nonpriority creditor's name and mailing address
**Alliance Paper & Food Service**
**11058 W. Addison Street**
**Franklin Park, IL 60131**

Date(s) debt was incurred  **10/1/15 - 1/13/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ☐ No ☐ Yes

**$10,483.98**

---

**3.7** Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred  **2014 to 2016**

Last 4 digits of account number  **5004**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☐ No ☐ Yes

**$10,056.00**

---

**3.8** Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred  **2014 to 2016**

Last 4 digits of account number  **4005**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☐ No ☐ Yes

**$7,502.00**

---

**3.9** Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred  **2014 to 2016**

Last 4 digits of account number  **1001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$4,259.00**

---

**3.10** Nonpriority creditor's name and mailing address
**American First Aid Services, Inc.**
**784 Church Road**
**Elgin, IL 60123**

Date(s) debt was incurred  **4/25/16 - 5/23/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$92.44**

---

| Debtor | **Classic Snacks, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
| | **American Highway Logistics, Inc.** | ☐ Contingent | |
| | **1401 Harvester Road** | ☐ Unliquidated | |
| | **West Chicago, IL 60185** | ☐ Disputed | |
| | Date(s) debt was incurred  **4/19/16 - 5/2/16** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,689.50 |
| | **Anderson Pest Control** | ☐ Contingent | |
| | **P.O. Box 60070** | ☐ Unliquidated | |
| | **Jacksonville, FL 32260-0670** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,674.00 |
| | **ARK-OPS LLC. d/b/a Fusion Capital** | ☐ Contingent | |
| | **1011 Ives Dairy Road, #107** | ■ Unliquidated | |
| | **Miami, FL 33179** | ☐ Disputed | |
| | Date(s) debt was incurred  **10/14/16** | Basis for the claim:  **Breach of Contract** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,687.50 |
| | **Arway Confections Inc.** | ☐ Contingent | |
| | **3425 N. Kimball** | ☐ Unliquidated | |
| | **Chicago, IL 60618** | ☐ Disputed | |
| | Date(s) debt was incurred  **2/15/16** | Basis for the claim:  **Product** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,881.84 |
| | **Associated Bag Co.** | ☐ Contingent | |
| | **P.O. Box 8809** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred  **10/15 to 1/11/16** | Basis for the claim:  **Product** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
| | **AT&T - FL1** | ☐ Contingent | |
| | **P.O. Box 6416** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number  **5080** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,909.94 |
| | **AWT** | ☐ Contingent | |
| | **600 Hoover Street NE** | ☐ Unliquidated | |
| | **Minneapolis, MN 55413** | ☐ Disputed | |
| | Date(s) debt was incurred  **5/5/16** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Classic Snacks, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.46 |
|---|---|---|---|

**B.G.E.**
P.O. Box 13070
Philadelphia, PA 19101-3070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/11/15 to 8/12/15

Last 4 digits of account number ___

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,686.00 |
|---|---|---|---|

**Bank of America**
P.O. Box 982235
El Paso, TX 79998-2235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2014 to 2016

Last 4 digits of account number  8366

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,935.00 |
|---|---|---|---|

**Bank of America**
P.O. Box 982235
El Paso, TX 79998-2235

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2014 to 2016

Last 4 digits of account number  2595

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,864.16 |
|---|---|---|---|

**Barrell O Fun Snack Foods Co.**
P.O. Box 74008063
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/7/15

Last 4 digits of account number ___

Basis for the claim:  **Product**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Brown Commercial Group, Inc.**
1550 E. Higgins Road
#118
Elk Grove Village, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/16

Last 4 digits of account number ___

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,033.88 |
|---|---|---|---|

**Buildingstars Operations, Inc.**
33 Worthington Access Drive
Maryland Heights, MO 63043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/19/15 to1/31/16

Last 4 digits of account number ___

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.20 |
|---|---|---|---|

**Buy Rite Distributors**
110 Internationale Blvd.
Glendale Heights, IL 60139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/22/16 to9/1/16

Last 4 digits of account number ___

Basis for the claim:  **Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Classic Snacks, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address
**Caldwell Coren & Sceggel**
7900 S. Cass Ave.
Darien, IL 60561

Date(s) debt was incurred  **6/18/14 to 1/12/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,587.50**

---

**3.26** | Nonpriority creditor's name and mailing address
**California Nuggets, Inc.**
23073 S. Frederick Road
Ripon, CA 95366

Date(s) debt was incurred  **10/21/15**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No  ☐ Yes

**$515.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Capital One Commercial**
P.O. Box 5219
Carol Stream, IL 60197-5219

Date(s) debt was incurred  **9/7/16 to 10/7/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$421.85**

---

**3.28** | Nonpriority creditor's name and mailing address
**Central Baking Supply**
1500 S. Western Ave.
Chicago, IL 60608

Date(s) debt was incurred  **7/6/16 to 8/8/16**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,267.22**

---

**3.29** | Nonpriority creditor's name and mailing address
**Chase Master Card**
P.O. Box 15123
Wilmington, DE 19850

Date(s) debt was incurred  **2014 to 2016**

Last 4 digits of account number  **4330**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,124.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**Chase Visa**
P.O. Box 15123
Wilmington, DE 19850

Date(s) debt was incurred  **2014 to date**

Last 4 digits of account number  **2805**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

**$27,756.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**Check Mates Confectionery**
P.O. Box 1708
Sharon, CT 06069

Date(s) debt was incurred  **11/13/15**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,890.00**

---

| Debtor | Classic Snacks, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Cintas F75/F94**
**3292 Momentum Place**
**Chicago, IL 60689-5332**

Date(s) debt was incurred  **4/21/16**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,280.00**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**CitiBank Mastercard**
**P.O. Box 9001037**
**Louisville, KY 40290-1037**

Date(s) debt was incurred  **2014 to 2016**

Last 4 digits of account number  **Unknown**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,165.00**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**City of West Chicago**
**475 Main Street**
**West Chicago, IL 60185-2840**

Date(s) debt was incurred  **9/16/16**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$222.73**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**City of West Chicago**
**475 Main Street**
**West Chicago, IL 60185-2840**

Date(s) debt was incurred  **9/30/16**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**Climatemp Serv. Group LLC**
**2315 Gardner Road**
**Broadview, IL 60155**

Date(s) debt was incurred  **4/1/16 to 10/1/16**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$792.00**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**Com Ed**
**P.O. Box 6111**
**Carol Stream, IL 60197-6111**

Date(s) debt was incurred  **9/16/16**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$616.89**

---

**3.38** | **Nonpriority creditor's name and mailing address**
**Comcast**
**P.O. Box 3005**
**Southeastern, PA 19398-3005**

Date(s) debt was incurred  **12/31/15 to 4/14/16**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$776.34**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Classic Snacks, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,856.25 |
|---|---|---|---|

**Complus Inc.**
9500 S. Vanderpoel Ave.
Chicago, IL 60643

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/27/11 to 1/8/13**

Basis for the claim:   **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $632.22 |
|---|---|---|---|

**COX Communications Phoenix**
P.O. Box 53249
Phoenix, AZ 85072-3249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/16 to 6/10/16**

Basis for the claim:   **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $235.18 |
|---|---|---|---|

**Crown Lift Trucks**
P.O. Box 641173
Cincinnati, OH 45264-1173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/16 to 8/24/16**

Basis for the claim:   **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,737.39 |
|---|---|---|---|

**Davidson Box & Packaging Co.**
P.O. Box 234
Lemont, IL 60439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/16/15 to 5/1/16**

Basis for the claim:   **Product**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,942.84 |
|---|---|---|---|

**Distinctive Foods LLC**
654 S. Wheeling Road
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16/15 to 1/27/16**

Basis for the claim:   **Product**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $39.09 |
|---|---|---|---|

**Dutch Valley Foods**
7615 Lancaster Ave.
Myerstown, PA 17067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/18/15 to 8/3/16**

Basis for the claim:   **Product**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,282.67 |
|---|---|---|---|

**Eastern Connection**
P.O. Bx 5953
Springfield, MA 01101-5953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2/11 to 3/13/12**

Basis for the claim:   **Product**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Classic Snacks, Inc.** | Case number (if known) | |
|---|---|---|---|

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$865.00**

**Echo Global Logistics Inc.**
600 W. Chicago Ave., #725
Chicago, IL 60610

Date(s) debt was incurred  8/4/16 to 8/25/16

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,130.00**

**Eileen Usher**
B2B CFO
Chicago, IL 60618

Date(s) debt was incurred  5/16/15 to 10/2/2015

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,774.43**

**EMC Insurance Companies**
P.O. Box 219225
Kansas City, MO 64121-9255

Date(s) debt was incurred  2/8/16 to 5/5/16

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,750.00**

**Erker Trading Company**
113 Ensign Street
Fort Morgan, CO 80701

Date(s) debt was incurred  11/5/14 to 12/5/14

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,253.45**

**Fast-Way Trans Co.**
9025 S. Odell Ave.
Bridgeview, IL 60455

Date(s) debt was incurred  11/23/15 to 5/2/16

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234.39**

**Fed Ex**
P.O. Box 371461
Pittsburgh, PA 15250

Date(s) debt was incurred  6/17/16

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,123.63**

**Federal Express**

Palatine, IL 60094-4515

Date(s) debt was incurred  2/3/16 to 5/4/16

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Classic Snacks, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,165.80 |
|---|---|---|---|

**Fernqvist Labeling Solutions**
2544 Leghorn Street
Mountain View, CA 94043

Date(s) debt was incurred __12/18/15 to 3/10/16__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.46 |
|---|---|---|---|

**Flex-Pak Packaging Products, Inc.**
651 N. Raddant Rd.
Batavia, IL 60510

Date(s) debt was incurred __8/2/16__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

**Freightdoc International Inc.**
1420 E. Algonquin Rd. #405
Algonquin, IL 60102

Date(s) debt was incurred __10/2/15 to 12/30/15__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $548.36 |
|---|---|---|---|

**Freund Container**
4200 Commerce Ct., #206
Lisle, IL 60532

Date(s) debt was incurred __8/2/16 to 9/7/16__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,563.50 |
|---|---|---|---|

**Georgia Nut Company, Inc.**
P.O. Box 6635
Carol Stream, IL 60197-6635

Date(s) debt was incurred __4/28/16__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.56 |
|---|---|---|---|

**Gold Medal**
450 North York Road
Bensenville, IL 60106

Date(s) debt was incurred __12/4/15__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,485.35 |
|---|---|---|---|

**Great Lakes International Trading**
P.O. Box 432
Traverse City, MI 49685-0628

Date(s) debt was incurred __4/8/16__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Classic Snacks, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,890.00**

**Illinois Logistics Group**
**9200 W. 191st St.**
**Mokena, IL 60448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/22/15 to 1/20/16**

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,015.00**

**Illinois Logistics Group**
**9200 W. 191st St.**
**Mokena, IL 60448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/21/16 to 1/21/16**

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$877.83**

**Imprint Enterprises, Inc.**
**555 N. Commons Dr.**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2/15 to 11/23/15**

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,418.64**

**Investments Limited**
**215 North Federal Highway**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/16 to 10/1/16**

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,017.91**

**Iron Bridge Road LLLP**
**1 Texas Station Court**
**Lutherville Timonium, MD 21093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/18/15 to 7/2/15**

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,215.00**

**J B Sanfilippo & Son**
**1703 N. Randall Road**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/19/15 to 10/7/15**

Basis for the claim:  **Product**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,376.66**

**Jelly Belly Candy Company**
**P.O. Box 742799**
**Los Angeles, CA 90074-2799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/15 to 9/4/15**

Basis for the claim:  **Product**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Classic Snacks, Inc.**

Name

Case number (*if known*)

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,720.00 |
|---|---|---|---|

**Jerry and Joyce Monkarsh**
**c/o EJM Development Co**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/16**

Basis for the claim:  **Breach of contract rent**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,000.00 |
|---|---|---|---|

**Jerry Monkarsh, Tree Monkarsh Trust**
**c/o Gilbert Bird Law Firm**
**10575 N. 114th St.  Ste. #115**
**Scottsdale, AZ 85259**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Breach of contract rent**

Last 4 digits of account number  **5572**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,935.50 |
|---|---|---|---|

**Johnsen Machine Co. Ltd.**
**P.O. Box 134**
**Lewiston, NY 14092-0134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/3/16 to 5/4/16**

Basis for the claim:  **Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,231.51 |
|---|---|---|---|

**K & L Freight Management, Inc.**
**745 Rowling Rd.**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/21/15 to 10/23/15**

Basis for the claim:  **Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**KY-KO Pest Prevention**
**2716 North Ogden Road**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/14**

Basis for the claim:  **Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,160.00 |
|---|---|---|---|

**Mellos Peanut Co.**
**727 W. Lake Street**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/12/16**

Basis for the claim:  **Product**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
|---|---|---|---|

**Michael Knowles**
**1201 1st St.**
**Unit 1201**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2016**

Basis for the claim:  **Business Loan**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Classic Snacks, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,197.76** |
|---|---|---|---|

**MidPoint Packaging**
**5157 Thacker Road**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/25/16**

Basis for the claim:  **Product**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,577.40** |
|---|---|---|---|

**Midwest Distribution Group**
**9717 Spring Street**
**Highland, IN 46322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15/16 to 9/9/16**

Basis for the claim:  **Service**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**MotherG**
**248 Spring Lake Drive**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/16 to 10/4/16**

Basis for the claim:  **Product**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$407.78** |
|---|---|---|---|

**Nicor Gas**
**P.O. Box 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/5/16 to 10/3/16**

Basis for the claim:  **Utilities**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,853.40** |
|---|---|---|---|

**Parker Peanuts**
**21005 Old Cart Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/12/15 to 5/18/16**

Basis for the claim:  **Product**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,313.65** |
|---|---|---|---|

**PCL Broadway LLC**
**2111 East Broadway Road**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/15 to 3/1/16**

Basis for the claim:  **Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,552.40** |
|---|---|---|---|

**Point Five Packaging LLC**
**9435 W. River St.**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/15 to 4/14/16**

Basis for the claim:  **Product**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Classic Snacks, Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|---|
| | Name | | |

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,450.39**
---|---|---|---

**Porsche Financial Services**
**4343 Commerce Ct.**
**#300**
**Lisle, IL 60532**

Date(s) debt was incurred  __9/30/2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Default on auto lease__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,550.68**

**Praxair Distribution, Inc.**
**880 Lively Blvd.**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred  __10/20/14 to 9/30/2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,636.16**

**Pretzels Inc.**
**123 Harvest Road**
**Bluffton, IN 46714**

Date(s) debt was incurred  __12/3/14 to 1/15/15__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Product__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,134.68**

**Rapid Response Delivery**
**8705 Bollman Place**
**Savage, MD 20763**

Date(s) debt was incurred  __11/1/15 to 5/3/16__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,060.00**

**RB Enterprises**
**1771 Mallette Rd.**
**Aurora, IL 60505**

Date(s) debt was incurred  __2/3/16 to__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,478.00**

**Regal Health Foods International In**
**c/o Pirogovsky Law Ltd.**
**3000 Dundee Rd. Ste. 413**
**Northbrook, IL 60062**

Date(s) debt was incurred  __10/5/2016__

Last 4 digits of account number  __2696__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Product - Judgement in colledtion action__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,533.31**

**Reliable Staffing, Inc.**
**P.O. Box 577**
**West Bend, WI 53095-0577**

Date(s) debt was incurred  __9/2/15 to 2/16/16__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **Classic Snacks, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Rick Guiney**
**21680 Falls River Dr.**
**Boca Raton, FL 33428**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Wages due not within 90 days prior to filing**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.32** |
|---|---|---|---|

**Roadrunner Trasportation Services**
**P.O. Box 809066**
**Chicago, IL 60680-9066**

Date(s) debt was incurred **4/30/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$425.00** |
|---|---|---|---|

**RR Donnelley Logistics Services**
**P.O. BOx 932721**
**Cleveland, OH 44193**

Date(s) debt was incurred **3/6/15 to 5/18/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$361.44** |
|---|---|---|---|

**S L Distributions**
**775 Belden Street**
**Addison, IL 60101**

Date(s) debt was incurred **12/8/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Product**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,957.94** |
|---|---|---|---|

**Savor Street Foods, Inc.**
**51 Spring Valley Road**
**Reading, PA 19605**

Date(s) debt was incurred **7/26/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Product**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,814.35** |
|---|---|---|---|

**Star Snacks Company**
**105 Harbor Drive**
**Jersey City, NJ 07305**

Date(s) debt was incurred **8/4/16 to 8/30/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Product**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$798,353.00** |
|---|---|---|---|

**Superior Nut and Candy Co. Inc.**
**c/o Attny Amber Bishop**
**2460 Lake Shore Dr.**
**Woodstock, IL 60098**

Date(s) debt was incurred **2016**

Last 4 digits of account number **Page**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Breach of Contract**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Classic Snacks, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.95**

Nonpriority creditor's name and mailing address

**Sweet Dried Fruit Inc.**
P.O. Box 6050
Englewood, NJ 07631

Date(s) debt was incurred  **7/20/15 to 8/27/15**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

**$8,916.80**

---

**3.96**

Nonpriority creditor's name and mailing address

**TH Foods Inc.**
26224 Network Place
Chicago, IL 60673-1262

Date(s) debt was incurred  **6/18/15 to 7/16/15**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.97**

Nonpriority creditor's name and mailing address

**The Hartford**
P.O. Box 660916
Dallas, TX 75266-0916

Date(s) debt was incurred  **4/22/16 to 6/2/16**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$5,552.50**

---

**3.98**

Nonpriority creditor's name and mailing address

**Tropical Nut & Fruit Inc.**
3150 Urbancrest Industrial Dr.
Grove City, OH 43123

Date(s) debt was incurred  **1/23/15 to 1/29/15**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

**$5,437.00**

---

**3.99**

Nonpriority creditor's name and mailing address

**Uline**
P.O. Box 88741
Chicago, IL 60680

Date(s) debt was incurred  **4/27/16 to 6/2/16**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,541.21**

---

**3.100**

Nonpriority creditor's name and mailing address

**United Express Systems**
P.O. Box 1628
Aurora, IL 60507

Date(s) debt was incurred  **9/26/15 to 1/9/16**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,035.01**

---

**3.101**

Nonpriority creditor's name and mailing address

**UPS**
Lockbox 577
Carol Stream, IL 60132-0577

Date(s) debt was incurred  **12/19/15 to 10/14/16**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$15,432.12**

---

| Debtor | **Classic Snacks, Inc.** | | Case number (if known) | |
| | Name | | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,261.05**

**Van Drunen Foods**
**300 West 6th Street**
**Momence, IL 60954-0009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/17/15 to 9/14/16**

Basis for the claim:  **Product**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$323.57**

**Verizon**
**P.O. Box 660720**
**Dallas, TX 75266-0720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/19/15 to 4/19/16**

Basis for the claim:  **Utilities**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.67**

**Verizon**
**P.O. Box 920041**
**Dallas, TX 75392-0041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/13/15 to 8/13/15**

Basis for the claim:  **Utilities**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$809.99**

**Verizon - Jessup**
**P.O. Box 660720**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/20/15 to 8/20/15**

Basis for the claim:  **Utilities**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$464,140.00**

**Village Bank and Trust**
**Loan Dept.**
**311 S. Arlington Heights Rd.**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2013**

Basis for the claim:  **Co-signor with 1050 Atlantic, Inc. on mortgage for 1050 Atlantic Av. West Chicago, Il.**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,402.80**

**VIM Recyclers**
**P.O. Box 755**
**Glen Ellyn, IL 60138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/23/14 to 9/1/16**

Basis for the claim:  **Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$336.93**

**W.B. Mason**
**P.O. Box 981101**
**Boston, MA 02298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/18/14 to 7/24/15**

Basis for the claim:  **Product**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Classic Snacks, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,981.94**

**Weaver Nut Company**
1925 W. Main Street
Ephrata, PA 17522

Date(s) debt was incurred  8/21/15

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,993.85**

**Woodland Foods, LTD**
2972 Momentum Place
Chicago, IL 60689-5329

Date(s) debt was incurred  1/12/16 to 4/25/16

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,179.23**

**Xcel Personnel**
Dept. 20-3026
Carol Stream, IL 60197-5977

Date(s) debt was incurred  4/29/16 to 6/17/16

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**XO Communications**
14242 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred  2/1/16 to 5/1/16

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00**

**XPS Delivers**
228 S. River Drive
Tempe, AZ 85281

Date(s) debt was incurred  11/6/15 to 7/1/16

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.1** | **ARK-OPS LLC. c/o**<br>**Law Office of Gary Singer P.A.**<br>**1391 Sawgrass Corporate Pkwy.**<br>**Sunrise, FL 33323** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| **4.2** | **Breen Goril Law**<br>**111 W. Washington St.  #1500**<br>**Chicago, IL 60602** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | **8432** |

---

| Debtor | **Classic Snacks, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Mathein & Rostoiker**<br>**662 W. Grand Av.**<br>**Chicago, IL 60654** | Line **3.6**<br>☐ Not listed. Explain ____ | **9799** |
| 4.4 | **Nationwide Credit Collections**<br>**2015 Vaughn Rde.**<br>**Suite 400**<br>**Kennesaw, GA 30144** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **United Collection Bureau**<br>**5620 Southwick Blvd.**<br>**Ste. #206**<br>**Toledo, OH 43614** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Zwicker & Assoc.**<br>**80 Minuteman Rd.**<br>**Andover, MA 01810** | Line **3.7**<br>☐ Not listed. Explain ____ | **5004** |
| 4.7 | **Zwicker & Assoc.**<br>**80 Minuteman Rd.**<br>**Andover, MA 01810** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Zwicker & Assoc.**<br>**80 Minuteman Rd.**<br>**Andover, MA 01810** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 44,028.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 2,413,764.24 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,457,792.24 |

**Fill in this information to identify the case:**

Debtor name   **Classic Snacks, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Lease of automobile which has been returned to Lessor/creditor. Unknown** |
|        State the term remaining | |
|        List the contract number of any government contract | **Porsche Financial Services See Sch. F** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Classic Snacks, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
|  | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **1050 Atlantic, Inc** | **21680 Falls River Dr.**<br>**Boca Raton, FL 33428** | **Village Bank and Trust** | ☐ D _____<br>■ E/F __3.106__<br>☐ G _____ |
| 2.2 | **Rick Guiney** | **21680 Fall River Dr.**<br>**Boca Raton, FL 33428** | **12Five Capital, LLC** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Rick Guiney** | **21680 Falls River Dr.**<br>**Boca Raton, FL 33428** | **Village Bank and Trust** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Rick Guiney** | **21680 Falls River Dr.**<br>**Boca Raton, FL 33428** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.5 | **Rick Guiney** | **See Above** | **Illinois Department of Revenue** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |

| Debtor | **Classic Snacks, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Rick Guiney | See above | Jerry Monkarsh, Tree Monkarsh Trust | ☐ D _____ <br> ☑ E/F __3.68__ <br> ☐ G _____ |
| 2.7 | Rick Guiney | 21680 Fall River Dr. <br> Boca Raton, FL 33428 | ARK-OPS LLC. d/b/a Fusion Capital | ☐ D _____ <br> ☑ E/F __3.13__ <br> ☐ G _____ |
| 2.8 | Rick Guiney | 21680 Falls River Dr. <br> Boca Raton, FL 33428 | Michael Knowles | ☐ D _____ <br> ☑ E/F __3.73__ <br> ☐ G _____ |
| 2.9 | Rick Guiney | 21680 Falls River Dr. <br> Boca Raton, FL 33428 | Village Bank and Trust | ☐ D _____ <br> ☑ E/F __3.106__ <br> ☐ G _____ |
| 2.10 | Rick Guiney | 21680 Falls River Dr. <br> Boca Raton, FL 33428 | Alliance Paper & Food Service | ☐ D _____ <br> ☑ E/F __3.6__ <br> ☐ G _____ |
| 2.11 | Rick Guiney | 21680 Falls River Dr <br> Boca Raton, FL 33428 | Chase Visa | ☐ D _____ <br> ☑ E/F __3.30__ <br> ☐ G _____ |
| 2.12 | Rick Guiney | See above | Chase Master Card | ☐ D _____ <br> ☑ E/F __3.29__ <br> ☐ G _____ |
| 2.13 | Rick Guiney | See above | CitiBank Mastercard | ☐ D _____ <br> ☑ E/F __3.33__ <br> ☐ G _____ |

| Debtor | **Classic Snacks, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Rick Guiney**  See Above | **Bank of America** | ☐ D _____  ☑ E/F __3.19__  ☐ G _____ |
| 2.15 | **Rick Guiney**  See Above | **Bank of America** | ☐ D _____  ☑ E/F __3.20__  ☐ G _____ |
| 2.16 | **Rick Guiney**  See Above | **American Express** | ☐ D _____  ☑ E/F __3.8__  ☐ G _____ |
| 2.17 | **Rick Guiney**  See above | **American Express** | ☐ D _____  ☑ E/F __3.7__  ☐ G _____ |
| 2.18 | **Rick Guiney**  See above | **American Express** | ☐ D _____  ☑ E/F __3.9__  ☐ G _____ |
| 2.19 | **Rick Guiney**  **21680 Falls River Dr.**  **Boca Raton, FL 33428** | **Porsche Financial Ser vices** | ☐ D _____  ☐ E/F _____  ☑ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name    **Classic Snacks, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2016** to **12/31/2016** | ☐ Operating a business **Gross receipts less** ■ Other **COGS** | $248,781.00 |
   | **For year before that:** From **1/01/2015** to **12/31/2015** | ☐ Operating a business **Gross receipts less** ■ Other **COGS** | $1,709,027.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | **Village Bank and Trust Loan Dept. 311 S. Arlington Heights Rd. Arlington Heights, IL 60005** | **November 2016- See SOFA #13** | $66,900.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Classic Snacks, Inc.** Case number *(if known)* _____

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Village Bank and Trust Loan Dept.**<br>**311 S. Arlington Heights Rd.**<br>**Arlington Heights, IL 60005**<br>**Secured creditor with personal guarentee of Shareholders** | **November 2016  See #13 below.** | **$66,900.00** | Sale of collateral to non-related third parties. |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Village Bank and Trust See Sch. D** | **All Debtop's equipment was sold under the supervision of Village Bank and Trust/ Wintrust Bank which had a blanket lien on all assets of Debtor.  This included equipment, inventory, office furnishings/equipment.  Funds from the sale of these assets were turned over to Village Bank and applied to the Debtor's loan balance. Sales occured in Novenmber 2016 prior to sale of building owned by Debtor's shareholder Rick Guiney.  All sales were to non related third parties.** | **November 2016** | **$66,900.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

---

Debtor    **Classic Snacks, Inc.**                                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Regal Health Foods International, Inc v. Classic Snacks, Inc**<br>**16 M1 112696** | Collection | **Circuit Court of Cook County- First Dist**<br>**Richard J. Daley Center**<br>**Room 601**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Jerry Monkarsh TTEE Joy and Jerry Monkarsh Trust v. Debtor et al**<br>**CV2015-055572** | Forcible Entry | **Superior Court Maricopa County Arizona** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Superior Nut and Candy Co. Inc. v. Debtor**<br>**2016 L 244** | Collection | **Circuit Court of DuPage County**<br>**505 No. County Farm Rd.**<br>**Wheaton, IL 60187** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Central Baking Supplies, Inc. v. Debtor**<br>**16 M1 128432** | Collection | **Circuit Court of Cook County- First Dist** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **ARK-OPS, LLC. d/b/a Fusion Capital v. Debtor et al.**<br>**2016-031728-CA-01** | Collection/Breach of Contract | **Circuit Court 11th Judicial Circuit**<br>**Dade County/Miami  Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Alliance Paper and Food Service Equipment, Inc. v. Debtor et al**<br>**2016-1129799** | Collection | **Circuit Court of Cook County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Northern Illinois Food Bank** | **At the direction of Village Bank and Trust/Wintrust Bank the debtor's inventory, which was perishable, was donated.** | **November 2016** | **Unknown** |
| | Recipients relationship to debtor<br>**None** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **Classic Snacks, Inc.**                                        Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **4/2016- $4000 paid by Debtor 11/2016- $4,275 Paid by Village Bank and Trust/Winstar Bank** | |
| | **Kent A. Gaertner P.C.**<br>**300 S. County Farm Rd.**<br>**Suite #I/J**<br>**Wheaton, IL 60187** | **Financial consulting prior to bankru[ptcy retention was $2,940.00.  Bankruptcy fee is $5000.00 + $335.00 filing fee.** | | **$8,275.00** |
| | **Email or website address**<br>**kgaertner@springerbrown.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    **Classic Snacks, Inc.**

Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | Secured creditor Village Bank and Trust/Wintrust Bank took control of all assets of Debtor except accounts receivable in November 2016. It supervised the liquidation all collateral and applied the funds from the sale of the collateral to the loan balance due from Debtor. All sales were to non-related third parties. Inventory was largely perishable and could not be sold. Therefore, at the instruction of the Bank, it was donated to the Northern Illinois Food Bank. | | |
| | **Village Bank and Trust/ Wintrust Bank See Sched D** | | **11/2016** | **$66,900.00** |
| | **Relationship to debtor None** | | | |
| 13.2. | **12Five Capital LLC See Sch. D** | **Recievables transferred under factoring agreement** | **NEED** | **Unknown** |
| | **Relationship to debtor None** | | | |

---

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Classic Snacks, Inc.**                                                        Case number *(if known)* _____

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Village Bank and Trust**<br>**311 S. Arlington Heights Rd.**<br>**Arlington Heights, IL 60005** | **XXXX-7638** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 2016-**<br>**Bank set off**<br>**account** | **Unknown** |
| 18.2. | **J.P. Morgann/Chase Bank**<br>**P.O. Box 659754**<br>**San Antonio, TX 78265-9754** | **XXXX-3032** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/2016** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **Classic Snacks, Inc.**    Case number *(if known)*

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

 ■ No.
 ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

 ■ No.
 ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

 ■ No.
 ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
 List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

 ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
 26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
 ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Jonathan Sceggel, CPA<br>Caldwell, Coren and Sceggel<br>7900 S. Cass Av.  Ste. #170<br>Darien, IL 60561-5073 | 2014 to date |
| 26a.2. | Eileen Usher<br>B2B CFO<br>30 S. Wacker Dr.<br>Chicago, IL 60606 | 2016 |

 26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **Classic Snacks, Inc.**                                    Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Village Bank and Trust/Wintrust**<br>**See Sch. d** | **2015 - 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Village Bank and Trust/Wintrust**<br>**See Sch. D** | |
| 26c.2. **Rick Guiney**<br>**21680 Falls River Dr.**<br>**Boca Raton, FL 33428** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Village Bank and Trust/Wintrust**<br>**Loan Dept.**<br>**311 S. Arlington Heights Rd.**<br>**Arlington Heights, IL 60005** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 **Rick Guiney** | **10/2016** | **$51,483.00 at Debtor's cost** |
| Name and address of the person who has possession of inventory records | | |
| **Village Bank and Trust/Wintrust Bank**<br>**Loan Dept.**<br>**311 S. Arlington Heights Rd.**<br>**Arlington Heights, IL 60005** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard A. ("Rick") Guiney** | **21680 Falls River Dr.**<br>**Boca Raton, FL 33428** | **Shareholder, Director and President** | **100%** |

Debtor    **Classic Snacks, Inc.**                                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jennifer Camadeca Guiney | 21680 Falls River Dr.<br>Boca Raton, FL 33428 | Vice President | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Rick Guiney**<br>**21680 Falls River Dr.**<br>**Boca Raton, FL 33428** | **$46,037.00  Wages** | **Various throughpout year.** | **Wages** |
| | Relationship to debtor<br>**Sole Shareholder, Officer & Director** | | | |
| 30.2. | **Jennifer Camadeca Guiney**<br>**21680 Falls River Dr.**<br>**Boca Raton, FL 33428** | **$48,237.00** | **1/1/16 to 10/1/16** | **Wages** |
| | Relationship to debtor<br>**Spouse of Sole Shareholder-Vice President/Sales Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **Classic Snacks, Inc.**                                    Case number *(if known)*

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2017**

**/s/ Richard Guiney**                          **Richard Guiney**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Classic Snacks, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **125**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **January 20, 2017**

**/s/ Richard Guiney**
**Richard Guiney/President**
Signer/Title

1050 Atlantic, Inc
21680 Falls River Dr.
Boca Raton, FL 33428


1050 Atlantic, LLC
1050 Atlantic Drive
West Chicago, IL 60185


12Five Capital, LLC
150 S. Wacker Dr.
Suite 2400
Chicago, IL 60606


12Five Capital, LLC.
P.O. Box 962
South Bend, IN 46624


A-1 Air Compressor Corp.
679 W. Wintrop Ave.
Addison, IL 60101


Access One Inc.
820 W. Jackson St.
Chicago, IL 60607


Alarm Detection Systems, Inc.
1111 Church Road
Aurora, IL 60505


Albanese Confections, Inc.
5441 E. Lincoln Hwy
Merrillville, IN 46410


Alliance Paper & Food Service
11058 W. Addison Street
Franklin Park, IL 60131


American Express
P.O. Box 981535
El Paso, TX 79998-1535


American First Aid Services, Inc.
784 Church Road
Elgin, IL 60123

American Highway Logistics, Inc.
1401 Harvester Road
West Chicago, IL 60185


Anderson Pest Control
P.O. Box 60070
Jacksonville, FL 32260-0670


ARK-OPS LLC. c/o
Law Office of Gary Singer P.A.
1391 Sawgrass Corporate Pkwy.
Sunrise, FL 33323


ARK-OPS LLC. d/b/a Fusion Capital
1011 Ives Dairy Road, #107
Miami, FL 33179


Arway Confections Inc.
3425 N. Kimball
Chicago, IL 60618


Associated Bag Co.
P.O. Box 8809
Carol Stream, IL 60197


AT&T - FL1
P.O. Box 6416
Carol Stream, IL 60197


AWT
600 Hoover Street NE
Minneapolis, MN 55413


B.G.E.
P.O. Box 13070
Philadelphia, PA 19101-3070


Bank of America
P.O. Box 982235
El Paso, TX 79998-2235


Barrell O Fun Snack Foods Co.
P.O. Box 74008063
Chicago, IL 60674

Breen Goril Law
111 W. Washington St.  #1500
Chicago, IL 60602


Brown Commercial Group, Inc.
1550 E. Higgins Road
#118
Elk Grove Village, IL 60007


Buildingstars Operations, Inc.
33 Worthington Access Drive
Maryland Heights, MO 63043


Buy Rite Distributors
110 Internationale Blvd.
Glendale Heights, IL 60139


Caldwell Coren & Sceggel
7900 S. Cass Ave.
Darien, IL 60561


California Nuggets, Inc.
23073 S. Frederick Road
Ripon, CA 95366


Capital One Commercial
P.O. Box 5219
Carol Stream, IL 60197-5219


Central Baking Supply
1500 S. Western Ave.
Chicago, IL 60608


Chase Master Card
P.O. Box 15123
Wilmington, DE 19850


Chase Visa
P.O. Box 15123
Wilmington, DE 19850


Check Mates Confectionery
P.O. Box 1708
Sharon, CT 06069

Cintas F75/F94
3292 Momentum Place
Chicago, IL 60689-5332


CitiBank Mastercard
P.O. Box 9001037
Louisville, KY 40290-1037


City of West Chicago
475 Main Street
West Chicago, IL 60185-2840


Climatemp Serv. Group LLC
2315 Gardner Road
Broadview, IL 60155


Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111


Comcast
P.O. Box 3005
Southeastern, PA 19398-3005


Complus Inc.
9500 S. Vanderpoel Ave.
Chicago, IL 60643


COX Communications Phoenix
P.O. Box 53249
Phoenix, AZ 85072-3249


Crown Lift Trucks
P.O. Box 641173
Cincinnati, OH 45264-1173


Davidson Box & Packaging Co.
P.O. Box 234
Lemont, IL 60439


Distinctive Foods LLC
654 S. Wheeling Road
Wheeling, IL 60090

Dutch Valley Foods
7615 Lancaster Ave.
Myerstown, PA 17067


Eastern Connection
P.O. Bx 5953
Springfield, MA 01101-5953


Echo Global Logistics Inc.
600 W. Chicago Ave., #725
Chicago, IL 60610


Eileen Usher
B2B CFO
Chicago, IL 60618


EMC Insurance Companies
P.O. Box 219225
Kansas City, MO 64121-9255


Erker Trading Company
113 Ensign Street
Fort Morgan, CO 80701


Fast-Way Trans Co.
9025 S. Odell Ave.
Bridgeview, IL 60455


Fed Ex
P.O. Box 371461
Pittsburgh, PA 15250


Federal Express
Palatine, IL 60094-4515


Fernqvist Labeling Solutions
2544 Leghorn Street
Mountain View, CA 94043


Flex-Pak Packaging Products, Inc.
651 N. Raddant Rd.
Batavia, IL 60510

Freightdoc International Inc.
1420 E. Algonquin Rd. #405
Algonquin, IL 60102


Freund Container
4200 Commerce Ct., #206
Lisle, IL 60532


Georgia Nut Company, Inc.
P.O. Box 6635
Carol Stream, IL 60197-6635


Gold Medal
450 North York Road
Bensenville, IL 60106


Great Lakes International Trading
P.O. Box 432
Traverse City, MI 49685-0628


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60602


Illinois Logistics Group
9200 W. 191st St.
Mokena, IL 60448


Imprint Enterprises, Inc.
555 N. Commons Dr.
Aurora, IL 60504


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604


Investments Limited
215 North Federal Highway
Boca Raton, FL 33432


Iron Bridge Road LLLP
1 Texas Station Court
Lutherville Timonium, MD 21093

J B Sanfilippo & Son
1703 N. Randall Road
Elgin, IL 60123


Jelly Belly Candy Company
P.O. Box 742799
Los Angeles, CA 90074-2799


Jennifer Guiney
21680 Falls River Dr.
Boca Raton, FL 33428


Jerry and Joyce Monkarsh
c/o EJM Development Co
West Hollywood, CA 90069


Jerry Monkarsh, Tree Monkarsh Trust
c/o Gilbert Bird Law Firm
10575 N. 114th St. Ste. #115
Scottsdale, AZ 85259


Johnsen Machine Co. Ltd.
P.O. Box 134
Lewiston, NY 14092-0134


K & L Freight Management, Inc.
745 Rowling Rd.
Addison, IL 60101


KY-KO Pest Prevention
2716 North Ogden Road
Mesa, AZ 85215


Mathein & Rostoiker
662 W. Grand Av.
Chicago, IL 60654


Mellos Peanut Co.
727 W. Lake Street
Chicago, IL 60661


Michael Knowles
1201 1st St.
Unit 1201
Jacksonville Beach, FL 32250

MidPoint Packaging
5157 Thacker Road
Downers Grove, IL 60515


Midwest Distribution Group
9717 Spring Street
Highland, IN 46322


MotherG
248 Spring Lake Drive
Itasca, IL 60143


Nationwide Credit Collections
2015 Vaughn Rde.
Suite 400
Kennesaw, GA 30144


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


Parker Peanuts
21005 Old Cart Road


PCL Broadway LLC
2111 East Broadway Road
Tempe, AZ 85282


Point Five Packaging LLC
9435 W. River St.
Schiller Park, IL 60176


Porsche Financial Services
4343 Commerce Ct.
#300
Lisle, IL 60532


Porsche Financial Services
See Sch. F


Praxair Distribution, Inc.
880 Lively Blvd.
Elk Grove Village, IL 60007

Pretzels Inc.
123 Harvest Road
Bluffton, IN 46714


Rapid Response Delivery
8705 Bollman Place
Savage, MD 20763


RB Enterprises
1771 Mallette Rd.
Aurora, IL 60505


Regal Health Foods International In
c/o Pirogovsky Law Ltd.
3000 Dundee Rd. Ste. 413
Northbrook, IL 60062


Reliable Staffing, Inc.
P.O. Box 577
West Bend, WI 53095-0577


Rick Guiney
21680 Falls River Dr.
Boca Raton, FL 33428


Rick Guiney
21680 Fall River Dr.
Boca Raton, FL 33428


Rick Guiney
See Above


Rick Guiney
21680 Falls River Dr
Boca Raton, FL 33428


Roadrunner Trasportation Services
P.O. Box 809066
Chicago, IL 60680-9066


RR Donnelley Logistics Services
P.O. BOx 932721
Cleveland, OH 44193

S L Distributions
775 Belden Street
Addison, IL 60101


Savor Street Foods, Inc.
51 Spring Valley Road
Reading, PA 19605


Star Snacks Company
105 Harbor Drive
Jersey City, NJ 07305


Superior Nut and Candy Co. Inc.
c/o Attny Amber Bishop
2460 Lake Shore Dr.
Woodstock, IL 60098


Sweet Dried Fruit Inc.
P.O. Box 6050
Englewood, NJ 07631


TH Foods Inc.
26224 Network Place
Chicago, IL 60673-1262


The Hartford
P.O. Box 660916
Dallas, TX 75266-0916


Tropical Nut & Fruit Inc.
3150 Urbancrest Industrial Dr.
Grove City, OH 43123


Uline
P.O. Box 88741
Chicago, IL 60680


United Collection Bureau
5620 Southwick Blvd.
Ste. #206
Toledo, OH 43614


United Express Systems
P.O. Box 1628
Aurora, IL 60507

UPS
Lockbox 577
Carol Stream, IL 60132-0577


Van Drunen Foods
300 West 6th Street
Momence, IL 60954-0009


Verizon
P.O. Box 660720
Dallas, TX 75266-0720


Verizon
P.O. Box 920041
Dallas, TX 75392-0041


Verizon - Jessup
P.O. Box 660720
Dallas, TX 75266


Village Bank and Trust
Loan Dept.
311 S. Arlington Heights Rd.
Arlington Heights, IL 60005


VIM Recyclers
P.O. Box 755
Glen Ellyn, IL 60138


W.B. Mason
P.O. Box 981101
Boston, MA 02298


Weaver Nut Company
1925 W. Main Street
Ephrata, PA 17522


Wintrust SBA Lending @ Village Bank
Attn: Maria Colangelo, Vice Pres.
311 S. Arlington Heights Rd.
Arlington Heights, IL 60005


Woodland Foods, LTD
2972 Momentum Place
Chicago, IL 60689-5329

```
Xcel Personnel
Dept. 20-3026
Carol Stream, IL 60197-5977


XO Communications
14242 Collections Center Drive
Chicago, IL 60693


XPS Delivers
228 S. River Drive
Tempe, AZ 85281


Zwicker & Assoc.
80 Minuteman Rd.
Andover, MA 01810
```

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Classic Snacks, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Classic Snacks, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 20, 2017**

Date

**/s/ Kent A. Gaertner**

**Kent A. Gaertner 3121489**

Signature of Attorney or Litigant

Counsel for    **Classic Snacks, Inc.**

**Kent A. Gaertner P.C.**
**300 S. County Farm Rd.**
**Suite I**
**Wheaton, IL 60187**
**(630) 510-0000 Fax:(630) 510-0004**
**kgaertner@springerbrown.com**